IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Donna Miller,                          :

     Plaintiff,                     :

  v.                                   :      Case No. 2:11-cv-438

New Salem Baptist Church,              :      JUDGE JAMES L. GRAHAM
    et al.,                            Magistrate Judge Kemp

    Defendants.                    :

<u>ORDER</u>

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 12, 2011. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. This case is dismissed under 28 U.S.C. §1915(e) for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

Date: September 6, 2011                   s/James L. Graham
                                               James L. Graham
                                               United States District Judge