```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Donna Miller,                       :

    Plaintiff,                 :

  v.                                :   Case No. 2:11-cv-438

New Salem Baptist Church,           :   JUDGE JAMES L. GRAHAM
    et al.,                        Magistrate Judge Kemp

    Defendants.                :

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 12, 2011. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. This case is dismissed under 28 U.S.C. §1915(e) for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

Date: September 6, 2011                 s/James L. Graham
                                                       James L. Graham
                                                       United States District Judge